IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:13-cv-03405-RBJ

MADISON PITTMAN

      Plaintiff(s),

v.

UNITED PARCEL SERVICE, INC.

      Defendant(s).

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Stipulation of Plaintiff, Madison Pittman, and Defendant, United Parcel Service, Inc., for a dismissal of all claims of Plaintiff against Defendant with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

HEREBY ORDERS that the claims of Plaintiff, Madison Pittman, against Defendant, United Parcel Service, Inc., in the above-captioned action are hereby dismissed with prejudice, each party to pay their respective costs and attorney fees.

DATED: January 28, 2015

BY THE COURT:

_____
R. Brooke Jackson
U.S. DISTRICT COURT JUDGE